IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE HERRERA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-4287 |
| | : | |
| v. | : | |
| | : | |
| CUMRU TOWNSHIP POLICE DEPARTMENT and MOTOR VEHICLE FROM THE STATE OF PENNSYLVANIA, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 25th day of October, 2017, after considering the application to proceed *in forma pauperis* and proposed complaint filed by the *pro se* plaintiff, Lorraine Herrera (Doc. No. 1); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint is **DISMISSED WITHOUT PREJUDICE**;

3. The request to proceed *pro se* (Doc. No. 2) is **DENIED AS MOOT** because the plaintiff does not need permission to proceed *pro se*; and

4. The plaintiff shall have a period of twenty-one (21) days from the date of this order to file an amended complaint. If the plaintiff fails to timely file an amended complaint, the court will dismiss her claims with prejudice.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.